```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**PAUL A. LEE,**

       **Petitioner,**

v.                                 CIVIL ACTION NO. 1:10CV176
                                                          (Judge Keeley)

**UNITED STATES OF AMERICA,**

       **Respondent.**

**ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 4)**
**<u>DENYING § 2241 PETITION AND DISMISSING CASE WITH PREJUDICE</u>**

The petitioner, Paul A. Lee ("Lee"), filed this <u>pro se</u> action pursuant to 28 U.S.C. § 2241, alleging various defects in his underlying conviction for drug offenses. The Court referred the case to United States Magistrate Judge James E. Seibert, who, in a Report and Recommendation ("R&R"), concluded that the petition should be dismissed as it fails to state a claim under § 2241.

Lee filed objections to the R&R, but they only affirm that his grievance is with the manner in which his sentencing court imposed a term of incarceration and supervised release. After considering Lee's objections, the Court agrees that the petition challenges not the execution of his sentence,[1] but the legality of his underlying conviction. These types of claims cannot be brought under § 2241 except in certain circumstances, none of which Lee asserts. Lee's

---

[1] In fact, Lee has already left the custody of the Bureau of Prisons, likely rendering any § 2241 claim he theoretically could have possessed moot.

LEE v. USA                                                    1:10CV176

## ORDER ADOPTING REPORT AND RECOMMENDATION
## DENYING § 2241 PETITION AND DISMISSING CASE WITH PREJUDICE

challenges in this case are of the type that must be asserted in a petition pursuant to 28 U.S.C. § 2255. Accordingly, the Court **ADOPTS** the R&R (dkt. 4) in its entirety, **DENIES** the petition for a writ of habeas corpus, and **DISMISSES** this case **WITH PREJUDICE.**

It is so **ORDERED.**

The Court directs the Clerk to strike this case from the active docket, prepare a separate judgment order, and transmit copies of both orders to counsel of record and to the pro se petitioner via certified mail, return receipt requested.

DATED December 16, 2010

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE